## CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| United States of America<br>v.<br>**Juan Rico Doss** DOB: 1992; United States | DOCKET NO. |
|---|---|
| | MAGISTRATE'S CASE NO. **21-00205MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

On or about April 1, 2021, in the District of Arizona, **Juan Rico Doss**, knowing or in reckless disregard that certain aliens, including Francisco BRUNO-Sacramento and Rodrigo GARCIA-Ramirez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On or about April 1, 2021, in the District of Arizona (Nearest city), Homeland Security Investigations (HSI) Special Agents (SAs) and Task Force Officers (TFOs) were conducting surveillance of traffic along State Route 80 in the vicinity of Douglas, Arizona. At approximately 4:40 p.m., TFO William Harrison had a casual encounter with **Juan Rico DOSS** who was driving a 2005 Toyota Sienna van. The van was parked along the side of SR-80, in a remote area east of Douglas. This area is located approximately 12 miles from the U.S./Mexico international border. It is mainly made up of ranch land, and there are no businesses or major cross streets close by. Due to the remoteness of the area, it has historically experienced a high volume of undocumented alien activity. An adult female passenger was with **DOSS**. Through records checks, HSI found that the female passenger had to have a history of undocumented noncitizens and narcotics smuggling. Both subjects claimed to live in the Phoenix area. The van was registered to a different party in Phoenix. Neither DOSS nor the female passenger were able to give a valid reason for being in the remote area or how they came into possession of the van. TFO Harrison advised DOSS and the female passenger of his suspicions of their behavior and circumstances and suggested they return home. Upon clearing the encounter, the van returned to Douglas.

At approximately 6:46pm SAs observed the van traveling out of Douglas, along State Route 80, towards the remote area where it had been previously encountered. At approximately 7:08pm, SA Toby Chadwick observed the van traveling back along State Route 80 towards Douglas. At approximately 7:14 PM SA Toby Chadwick and multiple BPAs performed a traffic stop on the van, based on the short time in which it had traveled eastbound to the remote area and then back westbound into town. Agents approached the vehicle from multiple sides and found that the vehicle was occupied by nine (9) undocumented individuals (UDIs), including Francisco BRUNO-Sacramento and Rodrigo GARCIA-Ramirez. All nine admitted to being citizens of Mexico with no legal documentation to be or remain in the United States. DOSS was the driver of the van.

Records checks revealed that Rodrigo GARCIA-Ramirez and Francisco BRUNO-Sacramento did not have the proper immigration documentation to enter or remain in the U.S. legally.

**Continued on back.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested<br>   Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri___    Digitally signed by JOSH ACKERMAN Date: 2021.04.02 11:53:09 -07'00' | SIGNATURE OF COMPLAINANT<br>ANTHONY D CRUM   Digitally signed by ANTHONY D CRUM Date: 2021.04.02 12:19:52 -07'00' |
|---|---|
| **Sworn by telephone  _x_ ** | OFFICIAL TITLE<br>Special Agent |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>April 2, 2021 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**Continued from front.**                                                    **21-00205MJ**

During Rodrigo GARCIA-Ramirez's interview, GARCIA-Ramirez stated that he and 8 other individuals were picked up in the desert by a gray van. The van was being driven by a black male. GARCIA-Ramirez also stated that the driver got out of the van and opened the doors of the van so the 9 individuals could enter. GARCIA-Ramirez further stated that the driver told them to turn off their cell phones so they could not be tracked.

Francisco BRUNO-Sacramento stated in a material witness interview that he and the others were picked up by a van. He claimed that he did not remember the color but did state that it was the same van that he was in when he was encountered by the agents. BRUNO-Sacramento stated that he was seated in the front passenger seat.